PHILLIP A. TALBERT
United States Attorney
Brian Delaney
Assistant United States Attorney
4550 California Ave. Room 640
Bakersfield, CA 93309
Telephone: (661) 489-6151

Attorneys for Plaintiff
United States of America

SEALED
FILED
MAY 19 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH AND DESTRUCTION OF MARIJUANA AT: APPROXIMATE GPS COORDINATES N36° 27.471 ; -W118° 49.753 AND N 36° 26.974 ; W 118° 49.216 . THE GROW SITES AREAS ARE LOCATED SOUTH OF MINERAL KING ROAD , THREE RIVERS, TULARE COUNTY, CALIFORNIA ON PUBLIC LANDS MANAGED BY THE BAKERSFIELD BUREAU OF LAND MANAGEMENT FIELD OFFICE. | CASE NO. 5:17-SW-00045-JLT<br><br>ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |

The United States of America having hereby applied to this Court for an order permitting its agents of the Bureau of Land Management to destroy any bulk marijuana seized in connection with the execution of search warrants in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Bureau of Land Management and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: May 19 2017

Jennifer L. Thurston
United States Magistrate Judge

Destruction Order                                          1